# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05164

Sheriff's Sale Date: _____

v.

ADRIENE MCNALLY a/k/a ADRIENE P. GRAFFEN; et al.
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ADRIENE MCNALLY A/K/A ADRIENE P. GRAFFEN the above process on the 6 day of December, 2016, at 4:01 o'clock, PM, at 3625 WEST CROWN AVENUE PHILADELPHIA, PA 19114, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 41-45  Height 5'3  Weight 115  Race WHITE  Sex FEMALE  Hair BLONDE
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__ )
                              ) SS:
County of __Berks__           )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this __13__ day of __Dec__, 20__16__.

_____
Notary Public

File Number: USA-158053
Case ID #: 4755824

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017